ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Amina Enterprise Group ) ASBCA Nos. 58547, 58548
)
Under Contract Nos. W91B4P-10-P-0309 )
W91B4P-10-P-0329 )

APPEARANCE FOR THE APPELLANT: Mr. Muhammad R. Ahmed

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
CPT Cali Y. Kim, JA
Trial Attorney

ORDER OF DISMISSAL

The appeals have been withdrawn. Accordingly, they are dismissed from the Board's docket with prejudice.

Dated: 2 February 2015

DAVID W. JAMES, JR.
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58547, 58548, Appeals of Amina Enterprise Group, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals